MEMORANDUM OPINION




No. 04-06-00717-CV



Warren ANDREWS,


Appellant



v.



OMNI LIFTS, INC. d/b/a Omni Elevator Company,


Appellee



From the 225th Judicial District Court, Bexar County, Texas


Trial Court No. 2006-CI-09517


Honorable Janet P. Littlejohn, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Chief, Justice

 Rebecca Simmons, Justice

 Steven C. Hilbig, Justice


Delivered and Filed: February 28, 2007


DISMISSED FOR WANT OF PROSECUTION

 On December 13, 2006, the trial court clerk notified this court that the clerk's record had not
been filed because appellant had failed to pay or make arrangements to pay the clerk's fee for
preparing the record and appellant is not entitled to appeal without paying the fee. On December 20,
2006, we ordered appellant to provide written proof that the clerk's fee had been paid or that
appellant is entitled to appeal without paying the clerk's fee. Appellant has failed to respond to our
order. Therefore, we dismiss the appeal. See Tex. R. App. P. 37.3(b); 42.3(c). Costs of appeal are
taxed against appellant.

 PER CURIAM